IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:      ANNA WALKER                                     CASE NUMBER: 18-12097


DEBTOR(S)

## MOTION TO REOPEN CASE

**COMES NOW,** Henry J. Applewhite, Trustee in the above styled and numbered proceeding, by and through his attorney,  and files this his Motion to Reopen Case, and in support thereof would show unto this Honorable Court the following, to-wit:

1.  On August 3, 2018, the Trustee filed his Report of No Distribution and on October 4, 2018, this Court's Order Closing Estate was entered.

2.   It has come to the attention of the Trustee that potential assets have developed in the above captioned bankruptcy.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned Trustee respectfully requests that this Court enter its Order reopening this estate, and he requests such other and further relief as the Court may deem appropriate in the circumstances.  The appointment of a Trustee is necessary to protect the interest of creditors and the debtors and to ensure the efficient administration of this case.

Respectfully submitted, this the _____ day of March, 2022.

/s/ Henry J. Applewhite
HENRY J. APPLEWHITE
Trustee and Attorney at Law
Post Office Box 724
Aberdeen, MS 39730-0724

Telephone:  (662) 369-7783
MS  Bar #1609

{0018229.DOCX}

## CERTIFICATE OF SERVICE

I, Henry J. Applewhite, do hereby certify that I have on this date filed the foregoing Motion to Reopen Case with the Clerk of the Court using the ECF system which sent notification of such filing to the Office of the United States Trustee at USTPRegion05.AB.ECF@usdoj.gov and to the following:

Catherine Anne Umberger attorney for Debtor(s) at the electronic address on the ECF System

This the ___10th___ day of March, 2022.

/s/ Henry J. Applewhite
**HENRY J. APPLEWHITE**

{0018229.DOCX}