IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     ANNA WALKER                                    CASE NUMBER: 18-12097

**DEBTOR(S)**

<u>**APPLICATION FOR EMPLOYMENT OF ATTORNEY**</u>

**COMES NOW,** Henry J. Applewhite, Trustee for the Estate of the above named Debtor(s), and respectfully files this his application for the appointment of himself as attorney for the Trustee, and in support thereof, would show unto the Court the following, to-wit:

1. That he is a qualified practicing attorney in the City of Aberdeen, Monroe County, Mississippi, and has experience in matters involving bankruptcy and other areas of commercial law, and is in good standing with the Bar of the State of Mississippi.

2. That the services of an attorney are necessary to assist the Trustee in carrying out his duties.

3. Specifically, at this time, this case involves the evaluation of a confidential mass tort product liability claim and the pursuit of that claim for the recovery of damages sustained by the Debtor(s) for physical personal injuries.

4. The attorney to be employed shall be responsible, as needed, for the preparation and filing of necessary objections, motions, applications, notices, pleadings, and other papers required to be filed by an attorney licensed to practice in this District and to prepare any proposed orders as may be required by the Court.

5. In particular, it is believed that Special Counsel will also need to be retained to pursue a claim or claims involving a confidential mass tort personal injury product liability claim (hereinafter the "*Claim*") against one or more confidential persons and/or Defendants including one or more medical device companies and/or pharmaceutical firms (hereinafter "*Defendant*" whether singular or plural). The undersigned will need to perform legal services as necessary in preparation of the necessary pleadings and proposed orders with the Court concerning special counsel's employment and any requests for compensation.

{0018332.DOCX}

6. In addition, there may be the need for the preparation and filing of appropriate pleadings and proposed orders with the Court in the event of any compromises, settlements, or other issues regarding the aforesaid tort claim.

7. Furthermore, the Trustee believes that he will need professional tax advice including preparation of tax returns as necessary and of requesting prompt determination of said tax returns from the Internal Revenue Service and/or the relevant state taxing authorities. To seek approval to employ a CPA or other tax professional, legal services will be necessary in preparation of the appropriate pleadings and proposed orders with the Court concerning the tax professional's employment and any requests for compensation.

8. To the best of his knowledge, he does not represent any interest adverse to the estate, except that said attorney may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or its affairs.

9. Other than possible unrelated representation as stated above, the undersigned attorney has no connections with the Debtor(s), creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, except that he serves as a Chapter 7 Panel Trustee and is the trustee for this case.

10. The employment of the undersigned counsel would be in the best interest of this estate, and movant will accept such compensation as the Court shall deem just and fair.

11. In addition to any legal services stated above, the professional services expected to be rendered include:

    a. Review complaints for reclamation, motions, and orders, applications for release of property and filing the appropriate pleadings thereto. To make an investigation of the Debtor's property and determine the extent and validity of any liens thereon.

    b. Research any legal questions that may arise pertaining to the estate; and

    c. Prepare all applications, complaints, notices, orders, reports and other papers deemed necessary to the administration of the Debtor's estate.

12. I, the undersigned, declare under penalty of perjury that the foregoing statements are true and correct.

{0018332.DOCX}

**WHEREFORE,** the undersigned requests that he be allowed to act as attorney for the Trustee with compensation to be fixed by the Court, after proper application therefor.

Respectfully submitted, on this the 11th day of April, 2022.

/s/ Henry J. Applewhite
HENRY J. APPLEWHITE
Trustee and Attorney at Law
Post Office Box 724
Aberdeen, Mississippi 39730

Telephone: (662) 369-7783
MS Bar #1609

## CERTIFICATE OF SERVICE

I, Henry J. Applewhite, do hereby certify that I have on this date filed the foregoing Application For Employment of Attorney with the Clerk of the Court using the ECF system which sent notification of such filing to the Office of the United States Trustee at USTPRegion05.AB.ECF@usdoj.gov and to Catherine Ann Umberger the attorney for the Debtor(s) at the e-mail address shown on the ECF system.

This the 11th day of April, 2022.

/s/ Henry J. Applewhite
HENRY J. APPLEWHITE

{0018332.DOCX}