**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:      WALKER, ANNA                          CASE NUMBER: 18-12097

DEBTOR(S)

### ORDER AUTHORIZING TRUSTEE TO
### EMPLOY ATTORNEY FOR SPECIAL PURPOSE

CAME ON for consideration the Application of Trustee to Employ Attorney for Special Purpose ("Application") (Dkt. #___37___) filed by Henry J. Applewhite, Trustee for the Estate of the above named Debtor(s), and the Court finds that all creditors and parties-in-interest have had not less than twenty-one (21) days notice of the filing of the Application by mail and that no creditor or party-in-interest has filed an objection and made a written request for a hearing and that the employment of the Attorney as special counsel to the Trustee for the performance of said legal services described in the Application is necessary and in the best interests of the estate, and the Court finds that said Application should be approved, and the Court finds and orders as follows:

1.    That in order to facilitate his duties as a Trustee, it is necessary for the Trustee to employ special counsel to represent the Trustee for investigation, to make demand, to pursue a claim or recovery, and/or to file a lawsuit or lawsuits for the recovery of money or property involving specifically a claim on behalf of the Debtor(s) involving a confidential mass tort personal injury product liability claim (hereinafter the "*Claim*") against one or more confidential persons and/or Defendants including one or more medical device companies (hereinafter "*Defendant*" whether singular or plural).

{0018646.DOCX}

2.    The employment of the law firm of Brenes Law Group, P.C. including Troy A. Brenes together with any other attorneys and paralegals of said firm (sometimes hereinafter "Attorney" whether singular or plural) should be approved.

3.    Attorney should be employed and appointed for a special purpose in this proceeding regarding the aforesaid specific Claim as special counsel wherein for the performance of said legal services described herein said Attorney should receive compensation of an undivided contingent interest in said Claim upon the following terms and conditions:

Contingency Based Fees:    The attorney's fees for said special counsel are on a contingency fee basis of Forty Percent (40%) of the gross amount recovered by any means whatsoever, including without limitation demand, settlement, motion, summary judgment, default judgment, judgment, litigation or otherwise.

Reimbursement of Expenses:    Contingent upon a recovery, said Attorney is also entitled to reimbursement of reasonable and necessary expenses in pursuing said Claim.

Limits on Fees and Expenses:    Provided, however, the total fees and reimbursement of expenses shall not exceed fifty percent (50%) of the gross amount recovered.

4.    The Application should be approved.

**ORDERED** that the Application is hereby approved, and the law firm of Brenes Law Group, P.C. including Troy A. Brenes, along with such other attorneys and paralegals of said firm, is approved as special counsel to the Trustee upon the terms and conditions and regarding the specific matters set forth in the Application and as set forth hereinabove.    Moreover, as set forth in the Application, said Attorney shall provide status reports to the Trustee.    Payment of attorney's fees for special counsel is subject to the approval of the Court upon application at the appropriate time.

**##END OF ORDER##**

Submitted By:

Henry J. Applewhite
Attorney at Law   (MS  Bar #1609)
P. O. Box 724
Aberdeen, MS 39730
Telephone: (662) 369-7783 and E-Mail:  happlewhite@applewhitelaw.com

{0018646.DOCX}