_____



**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **ANNA WALKER** | |
| | **CASE NO. 18-12097-SDM** |
| **DEBTOR** | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION**

**THIS DAY** this cause came before the Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

**IT IS THEREFORE ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of the estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Claim No. | Name of Party | Description | Amount |
|---|---|---|---|
| Administrative Expenses: | | | |
| | HENRY APPLEWHITE | Trustee Compensation | $3,998.86 |
| | WILLIAM L. FAVA | Trustee Compensation | $3,998.85 |
| | WILLIAM L. FAVA | Trustee Expenses | $64.00 |
| | | | **$8,061.71** |
| Prior Chapter Administrative Expenses: | | | |
| | None | | |
| | | | $0.00 |
| Secured Claims: | | | |
| | None | | |
| | | | $0.00 |
| Judgement Lienholders: | | | |
| | None | | |
| | | | $0.00 |
| Priority Claims: | | | |
| | None | | |
| | | | $0.00 |
| Unsecured Claims: | | | |
| 1 | ASHLEY FUNDING SERVICES, LLC RESURGENT CAPITAL SERVICES | General Unsecured 726(a)(2) | $46.20 |
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | General Unsecured 726(a)(2) | $1,762.60 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA TRUST LLC | General Unsecured 726(a)(2) | $328.99 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA TRUST LLC | General Unsecured 726(a)(2) | $2,048.19 |
| 5 | PYOD, LLC RESURGENT CAPITAL SERVICES | General Unsecured 726(a)(2) | $369.29 |
| 6 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES BANKRUPTCY DEPARTMENT | General Unsecured 726(a)(2) | $1,080.07 |
| 7 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES BANKRUPTCY DEPARTMENT | General Unsecured 726(a)(2) | $1,111.99 |

|  |  |
|---|---:|
|  | **$6,747.33** |
| Other: |  |
| Surplus returned to debtor | **$80,088.20** |

**IT IS FURTHER ORDERED** THAT THE Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 125 days of the entry of this Order, the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

## END OF ORDER ##

Prepared by:

William L. Fava
155 Stateline Rd. E., Ste. 1
Southaven, MS 38671
Phone: 662-536-1116
Fax: 662-536-1109
wfava@favafirm.com